TRULINCS 64529037 - BOATENG, ERWIN - Unit: CUM-P-B

---

FROM: 64529037
TO:
SUBJECT:
DATE: 08/10/2022 12:20:25 PM

IN THE FEDERAL DISTRICT COURT OF, BALTIMORE MARYLAND
Erwin Boateng
v                                    Case Number (RDB-19-0032)
United States

## COMPASSIONATE RELEASE MOTION

COMES NOW, ERWIN BOATENG pro se, respectfully request that this Honorable Court grant Mr.. Boateng's motion for Compassionate Release which was docketed by this honorable court on February 2, 2022 for the following reasons;

1. Mr.. Boateng is a United States Marine Corps war veteran who has honorably served our country in combat zones fighting to defend our Nation with a rank of Sergeant (E-5)and is currently serving a 42 month sentence at Cumberland Satellite Camp in Maryland.

2. Sergeant. Boateng's initial Motion for Compassionate Release was docketed by this court on February 2nd, 2022.

3. Sergeant. Boateng submits that his motion filed with this Court outlines a compelling case for Compassionate Release compel for this this Court to grant his Compassionate Release Motion.

4. Sergeant. Boateng submits also submits that he qualifies for Compassionate release as he meets the conditions of release

5. Given Sergeant. Boateng has no criminal history of violence, he has been on good behavior and has not received any disciplinary actions throughout his time at the federal institution.

6. Giving that his fiance recently delivered a baby girl on May 14th and is currently going through difficult times managing to take care of the new born, going through postpartum and trying to make ends meet, Mr.. Boateng request that this Court grant his motion for Compassionate Release.

7. Sergeant. Boateng's 7 year old first born daughter whom he had been in custody of since birth, is currently going through challenging times with Mr.. Boateng's absence from her life since he was incarcerated on December 2nd, 2022.

8. There are about six children in Ghana who depend Mr.. Boateng for their daily living and education and shelter which has all been in jeopardy since Sergeant. Boateng was incarcerated

9. Mr.. Boateng has a charitable organization focused on making healthcare accessible to underprivileged and underserved communities for the past 12 years

10. Mr.. Boateng is a youth teacher and a choir leader at his church, the Church of Pentecost USA in Columbia Maryland.

WHEREFOR ERWIN BOATENG, pro se respectfully request this court to grant his motion for Compassionate Release.

RESPECFULLY SUBMITTED

ERWIN BOATENG
64529037

I CERTIFY THAT ON AUGUST 9TH, 2022 I SENT A COPY OF THIS DOCUMENT BY FIRST CLASS MAIL POSTAGE PREPAID TO ALL PARTIES OF RECORD